The State Bank, Respondent, v. Hyman Epstein and Others, Defendants, Impleaded with Meyer London, as Trustee, etc., of Hyman Epstein, Bankrupt, Appellant.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ., concurred.

George H. Thomas, Respondent, v. Central Crosstown Railroad Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce recovery of damages to the sum of $2,250, in which case the judgment as modified and order are affirmed, without costs. No opinion. Jenks, Gaynor, Burr and Rich, JJ., concurred; Hirschberg, P. J., voted for affirmance.

De Witt C. Tracy, Appellant, v. Francis K. Pendleton, as Corporation Counsel of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Gaynor and Rich, JJ., concurred; Burr, J., voted to affirm on the authority of *Briggs* v. *Lahey* (101 App. Div. 136).

Benjamin Traktman and Others, Appellants, v. Giovanni Cutraneo and Others, Respondents.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ., concurred.

Salvatore Tubbiolo, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Gaynor, Burr, Rich and Miller, JJ.

Union Construction and Waterproofing Company, Appellant, v. Walter C. Heidelberger and Peter C. Heidelberger, Respondents.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ., concurred.

Charles H. Van Der Leith, Respondent, v. Burton F. Stines, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Gaynor, Burr, Rich and Miller, JJ., concurred.

Lu Vanira, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

Clara J. Wiley, Respondent, v. The Village of Suffern, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Gaynor, Burr, Rich and Miller, JJ.

Emily A. Williams, as Administratrix, etc., of Ann Schmidt, Deceased, Respondent, v. The Bowery Savings Bank, Defendant, Impleaded with Sarah A. Webber, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ., concurred.

Mary A. Woods, an Infant under the Age of Fourteen Years, by Bridget Woods, Her Guardian ad Litem, Respondent, v. New York and Queens County Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Gaynor, Burr, Rich and Miller, JJ.